UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-10052-MLW

| | |
|---|---|
| ALMO MUSIC CORPORATION, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> MEAGAN CORPORATION, <br> Defendant. | **PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, plaintiffs state that:

EMI Virgin Music, Inc. is wholly owned by EMI Group, PLC, a publicly owned foreign corporation; and, UNIVERSAL MUSIC CORP. and UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC. are wholly owned by publicly held Vivendi Universal ADS.

By their attorneys,

HOLLAND & KNIGHT, LLP

By: _____
Stephen S. Young (BBO #538040)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: January 8, 2004