AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

ALMO MUSIC CORPORATION, ET AL.,   SUMMONS IN A CIVIL ACTION

V.

MEAGAN CORPORATION

CASE NUMBER:

**04 · 10052 MLW**

COPY

TO: (Name and Address of Defendant)

Meagan Corporation
c/o Halftime Grill
#1 Factory Outlet Mall Road
Sagamore, MA  02561

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Stephen S. Young, Esq.
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS

CLERK

BY DEPUTY CLERK

DATE

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              Date                   Signature of Server

_____
Address of Server

**Barnstable County Sheriff's Office**

I hereby certify and return that on **January 22, 2004 at 1:45 PM** I served a true and attested copy of Summons & Complaint, in hand to Brian Savino, agent able to accept civil process for the within named Defendant, Meagan Corporation, at the last and usual business address to wit: c/o Halftime Grill, 1 Factory Outlet Mall road, Sagamore, MA 02561.

Fee:     $54.30

Jon M. Hunt, Deputy Sheriff
PO Box 661, W. Hyannisport, MA  02672

1)