UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN SECTION

C.A. No. 04-10052MLW

ALMO MUSIC CORPORATION ET AL.,
Plaintiffs,

v.

MEAGAN CORPORATION,
Defendant.

**REQUEST FOR DEFAULT**

Plaintiffs in the above-entitled matter in accordance with Rule 55(a), Fed.R.Civ.P., hereby request that Defendant be defaulted and notice of Defendant's default be sent to it at #1 Factory Outlet Mall Road, Sagamore, MA 02561. As grounds for this request, Plaintiffs state the following:

1. Service was effected upon Defendant in the above-entitled matter on January 22, 2004, as shown by the deputy sheriff's return of service which is contained on the original summons as filed in court; and

2. More than 20 days have passed since service was effected without Defendant's filing an answer.

By their attorneys,
HOLLAND & KNIGHT LLP

By: _____
Stephen S. Young
BBO #058040
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: February 17, 2004

# 1701756_v1