UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 FEB 13 P 12: 21

ALMO MUSIC CORPORATION, ET AL
PLAINTIFFS

DISTRICT COURT
DISTRICT OF MASS.

VS                                                                  CIVIL ACTION
                                                                    04-10052 MLW

MEGAN CORPORATION
          DEFENDANT

## ANSWER TO COMPLAINT

The Defendant, Megan Corporation, herein files a general denial to each and every allegation contained in this complaint. Defendant is at a complete loss as to how the Court could entertain such a frivolous complaint and subject the Defendant to the burden and expense of defending these alleged violations by third parties, if in fact they did occur.

Defendant's policy has always been to have entertainers' play their own material. Defendant's entertainment via jukebox is covered by license with ASLAP. The third party bands are responsible for playing original materials and if in fact, they do not, are liable for their actions. If in fact said violations are brought to our attention we no longer contract with them.

Wherefore, the Defendant, Megan Corporation, prays that the Court dismiss this complaint.

Respectfully submitted by

*[signature]*
Stephen Savino, Manager
Megan Corporation

### CERTIFICATE OF SERVICE

I, Steven Savino, for the defendant in the above captioned hereby certify that I have this date, mailed postage prepaid at Barnstable, Massachusetts a copy of the above answer to Stephen S. Young, Esquire 10 St. James Avenue, Boston, MA 02111

*[signature]*
Stephen Savino
Half Time Grille 1 Factory Outlet Mall Rd
Sagamore, MA 02561