# HOLLAND & KNIGHT LLP

10 St. James Avenue
Boston, Massachusetts 02116

617-523-2700
617-523-6850 Fax
www.hklaw.com

*FILED CLERKS OFFICE*
*SCANNED*
*DATE: 3-5-04*
*BY: Kim*
*2004 MAR -3 A 11: 06*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

| | |
|---|---|
| Annapolis | San Francisco |
| Atlanta | Seattle |
| Bethesda | Tallahassee |
| Boston | Tampa |
| Bradenton | Washington, D.C. |
| Chicago * | West Palm Beach |
| Fort Lauderdale | |
| Jacksonville | International Offices: |
| Lakeland | Caracas** |
| Los Angeles | Helsinki |
| Miami | Mexico City |
| New York | Rio de Janeiro |
| Northern Virginia | São Paulo |
| Orlando | Tel Aviv** |
| Portland | Tokyo |
| Providence | |
| St. Petersburg | *Holland & Knight LLC |
| San Antonio | **Representative Office |

*attach to cert.*

STEPHEN S. YOUNG
(617) 573-5833
STEVE.YOUNG@HKLAW.COM

March 2, 2004

Meagan Corporation
P.O. Box 566
Sagamore, MA 02561

      Re:   *Almo Music Corporation et al. v. Meagan Corporation*
           (Halftime Grill, Sagamore, MA)
           U.S.D.C. C.A. No. 04-10052-MLW

Dear Sir/Madam:

     I am enclosing with this letter my February 25, 2004 letter and the enclosed Motion to Strike in connection with the above-entitled lawsuit. The papers were sent to Meagan Corporation's business address and returned to us with the notation that there was no mail receptacle at the Halftime Grill.

     Under the Local Rules of the United States District Court, Meagan Corporation has 14 days after service of this motion to file any opposition to the motion it wishes to file.

               Yours truly,

               Stephen S. Young

SSY/ssb
Enclosures
cc:   Mr. Arthur Friedman, President
      of Meagan Corporation
      Clerk, U.S. District Court