UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN SECTION

C.A. No. 04-10052MLW

ALMO MUSIC CORPORATION ET AL.,
Plaintiffs,

v.

MEAGAN CORPORATION,
Defendant.

**PLAINTIFFS'
CERTIFICATE OF SERVICE**

I, Stephen S. Young, hereby certify that on this 25th day of February, 2004, I served a copy of the Plaintiffs' Motion to Strike Defendant's Answer upon the defendant by mailing a copy thereof, postage prepaid, addressed to Stephen Savino, Manager, Megan Corporation, Half Time Grille, 1 Factory Outlet Mall Road, Sagamore, MA 02561.

Signed under the pains and penalties of perjury.

Stephen S. Young

# 1732112_v1