UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN SECTION

C.A. No. 04-10052MLW

ALMO MUSIC CORPORATION ET AL.,
Plaintiffs,

v.

MEAGAN CORPORATION,
Defendant.

**PLAINTIFFS'
CERTIFICATE OF SERVICE**

I, Stephen S. Young, hereby certify that I have served copies of the Plaintiffs' Motion to Strike Defendant's Answer and Certificate of Service upon the defendant by mailing a copies thereof on March 2 and March 5, respectively, addressed to Meagan Corporation, P.O. Box 566, Sagamore, MA 02561.

Signed under the pains and penalties of perjury.

/s/
Stephen S. Young

Dated: March 5, 2004

# 1757133_v1