```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

ALMO MUSIC COPR., et al
                Plaintiff                CIVIL ACTION
                                                NO. 04-10052-MLW
    V.

MEAGAN CORPORATION
        Defendants

CANCELLATION/RESCHEDULING NOTICE

WOLF, D.J.

   PLEASE TAKE NOTICE that the 16b SCHEDULING CONFERENCE scheduled for **JUNE 9, 2004 at 4:00 p.m.** has been CANCELLED.

                                                TONY ANASTAS, CLERK

May 3, 2004                            By: /s/ Dennis O'Leary
Date                                    Deputy Clerk

Notice mailed to:

(notice.frm - 10/96)                                                  [ntchrgcnf.]