UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN SECTION

C.A. No. 04-10052MLW

ALMO MUSIC CORPORATION ET AL.,
          Plaintiffs,

v.

MEAGAN CORPORATION,
          Defendant.

**REQUEST FOR DEFAULT**

     Plaintiffs in the above-entitled matter in accordance with Rule 55(a), Fed.R.Civ.P., hereby request that defendant be defaulted and notice of defendant's default be sent to it at #1 Factory Outlet Mall Road, Sagamore, MA 02561. As grounds for this request, plaintiffs state the following:

     1.    On or about February 13, 2004, an Answer was filed on behalf of the defendant corporation by Stephen Savino, who identified himself in the Answer as being the manager.

     2.    On or about February 25, 2004, plaintiffs filed a Motion to Strike defendant corporation's pro se Answer, with leave to the defendant to file an Answer through an attorney within 20 days.

     3.    On or about May 3, 2004, the court entered an Order granting plaintiffs' Motion to Strike Defendant's Answer and ordering that the "defendant shall, by May 24, 2004, cause an attorney to appear on its behalf or risk the entry of default."

- 2 -

4. As May 24, 2004 has passed and no attorney has appeared on behalf of the defendant, plaintiffs hereby request that a default be entered against the defendant.

By their attorneys,
HOLLAND & KNIGHT LLP

By: _____
Stephen S. Young
BBO #058040
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: June 3, 2004

# 1990162_v1