# Holland Knight

Tel 617 523 2700
Fax 617 523 6850

Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
www.hklaw.com

2004 JUL 16 P 12: 51

Stephen S. Young
617 573 5833
steve.young@hklaw.com

July 15, 2004

Ms. Kathleen Boyce
Civil Docket Clerk
U.S. District Court
One Courthouse Way, Suite 2300
Boston, MA 02110

Re: *Almo Music Corporation, et al. v. Meagan Corporation*
(Halftime Grill – Sagamore, MA)
U.S.D.C. Civil Action No. 04-10052MLW

Dear Ms. Boyce:

By letter dated June 3, 2004, we forwarded to the Court a Request for Default. As we have not received notice that the default has been entered against the defendant as requested, we are simply writing to renew that request.

Thank you for your cooperation.

Yours truly,

Stephen S. Young

ssy/ssb