UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>ALMO MUSIC CORPORATION</u> et al
        Plaintiff(s)

CIVIL ACTION
NO. <u>04-10052-MLW</u>

V.

<u>MEAGAN CORPORATION</u>
        Defendant(s)

## NOTICE OF DEFAULT

Upon application of the Plaintiff(s) , <u>ALMO MUSIC CORPORATION et al,</u> for an order of Default for failure of the Defendant(s), <u>MEAGAN CORPORATION,</u> to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u>6TH</u> day of <u>AUGUST</u> , 20<u>04</u>.

TONY ANASTAS, CLERK

By:   <u>/s/ Dennis O'Leary</u>
        Deputy Clerk

Notice mailed to:

(default.not - 10/96)        [ntcdflt.]