UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN SECTION

C.A. No. 04-10052MLW

| | |
|---|---|
| ALMO MUSIC CORPORATION ET AL.,<br><br>        Plaintiffs,<br><br>v.<br><br>MEAGAN CORPORATION,<br><br>        Defendant. | **PLAINTIFFS' MOTION<br>FOR DEFAULT JUDGMENT** |

    Plaintiffs, in accordance with Rule 55(b)(2) Fed.R.Civ.P., hereby move this Court to enter a default judgment against Defendant awarding Plaintiffs statutory damages in the amount of $14,500.00 in accordance with Plaintiffs' Motion for an Assessment of Damages, costs and an injunction prohibiting Defendant from performing without authorization, or permitting the unauthorized performance of, copyrighted musical compositions at the establishment known as Halftime Grill.  As grounds for this motion, Plaintiffs say that the complaint contains three causes of action, in each of which Plaintiffs allege they are owners of copyrights in certain musical compositions and that Defendant gave a public performance of each such composition on its premises known as Halftime Grill on July 25, 2003 without the consent or approval of Plaintiffs, their agents or assignees.  The complaint in this

case was filed on January 8, 2004, notice of default was sent to Defendant on August 6, 2004, and Defendant has failed to file an answer.

By their attorneys,

HOLLAND & KNIGHT LLP

By: _____
Stephen S. Young
BBO #058040
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: September 17, 2004

### CERTIFICATE OF SERVICE

I, Stephen S. Young, hereby certify that on the 14th day of September, 2004, I served a copy of the Plaintiffs' Motion For Default Judgment upon the defendant by mailing a copy thereof, postage prepaid, to Meagan Corporation, #1 Factory Outlet Mall Road, Sagamore, MA 02561.

Signed under the pains and penalties of perjury.

_____
Stephen S. Young

# 2173030_v1