UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN SECTION

ALMO MUSIC CORPORATION ET AL.,

      Plaintiffs

v.

MEAGAN CORPORATION,
      Defendant

C.A. No. 04-10052MLW

## DEFAULT JUDGMENT

Wolf, D.J.

      Defendant, Meagan Corporation, having failed to honor this Court's order of May 3, 2004, and its default having been entered,

      Now, upon motion of Plaintiffs and supporting affidavits demonstrating that Defendant owes Plaintiffs the sum of $12,000.00, the Defendant is not an infant or incompetent person or in the military service of the United States, and that Plaintiffs have incurred costs in the sum of $2,724.30, which includes attorney's fees.

      It is hereby ORDERED, ADJUDGED AND DECREED that Plaintiffs recover from Defendant, Meagan corporation, the principal amount of $12,000.00, with costs in the amount of $2,724.30 without prejudgment interest, for a total judgment of $14,724.30 with interest as provided by law.

By the Court,

_____
Deputy Clerk

Dated: _____

Note:  The post-judgment interest rate effective this date is _____%.

# 2173413_v1