UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-10052MLW

| | |
|---|---|
| ALMO MUSIC CORPORATION ET AL., <br> Plaintiffs, <br><br> v. <br><br> MEAGAN CORPORATION, <br> Defendant. | **PLAINTIFFS' MOTION TO PERMIT DEMAND AND LEVY TO BE MADE BY A DISINTERESTED PERSON** |

Plaintiffs hereby move this Court for leave to have demand and any necessary levy on the execution which issues herein be made upon Defendant by an authorized Commonwealth of Massachusetts deputy sheriff or constable, and state as grounds therefor that the present backlog in the United States Marshal's Office prevents that office from making demand or levy within a reasonable time.

By their attorneys,

HOLLAND & KNIGHT LLP

By: _/s/ Stephen S. Young_
Stephen S. Young, BBO #058040
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: September 28, 2004

CERTIFICATE OF SERVICE

I, Stephen S. Young, hereby certify that on this 28th day of September, 2004, I served a copy of the within Motion to Permit Demand and Levy to be Made by a Disinterested Person upon the defendant by mailing a copy thereof, postage prepaid, to: Meagan Corporation, #1 Factory Outlet Mall Road, Sagamore, MA 02561.

Signed under the pains and penalties of perjury.

_/s/ Stephen S. Young_
Stephen S. Young

# 2281241_v1