UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-10052MLW

ALMO MUSIC CORPORATION ET AL.,
     Plaintiffs,

v.

MEAGAN CORPORATION,
     Defendant.

## ORDER

Wolf, J.

This action came on for hearing on Plaintiffs' Motion for Approval to Levy on Defendant's Cash Register Receipts, Liquor and Liquor License.

After consideration the motion is hereby allowed and the United States Marshal's Office, the Barnstable County Deputy Sheriff's Office or a duly authorized constable is hereby ordered:

1. To levy upon the cash register receipts of Defendant doing business as Halftime Grill located at #1 Factory Outlet Mall Road, Sagamore, MA 02561;

2. To levy upon, seize and sell all liquor found on Defendant's premises known as Halftime Grill located at #1 Factory Outlet Mall Road, Sagamore, MA 02561; and

3. To levy upon, seize and sell the liquor license issued to Defendant pursuant to M.G.L. c. 138, §12, which is kept at Defendant's business known as Halftime Grill located at #1 Factory Outlet Mall Road, Sagamore, MA 02561;

until the outstanding amount of the execution, plus interest and costs of demand, seizure and sale are satisfied.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2005